NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONNELL E. YOUNG, | ) | No. C 11-01890 JF (PR) |
| Petitioner, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| CONTRA COSTA COUNTY SHERIFF'S, et al., | ) | |
| Respondents. | ) | (Docket No. 2) |

On April 19, 2011, Petitioner filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On that same day, the Clerk of the Court sent a notification to Petitioner that his In Forma Pauperis ("IFP") Application was deficient because Petitioner failed to attach the following: 1) Certificate of Funds in Prisoner's Account completed and signed by an authorized officer of the institution; and 2) Petitioner's prisoner trust account statement showing transactions for the last six months.[1]  (Docket

---

[1] The Court notes that the documents attached to the IFP application do not cover the appropriate time period, as the Certificate of Funds was signed and dated on January 14, 2011, which was nearly three months before he filed the instant action, and the prisoner trust account statement was printed the same date.  (See Docket No. 2.)

Order of Dismissal
P:\PRO-SE\SJ.JF\HC.11\01890Young_dism-ifp.wpd            1

1  No. 3.)  The notification included the warning that the case would be dismissed if
2  Petitioner failed to respond within thirty days.  (Id.)  The deadline has since passed, and
3  Petitioner has failed to file the missing documents to complete his IFP application or pay
4  the filing fee.
5      Accordingly, this case is DISMISSED without prejudice for failure to pay the
6  filing fee.  The Clerk shall terminate any pending motions and close the file.
7      IT IS SO ORDERED.
8  Dated:  6/16/11
                                                    JEREMY FOGEL
9                                                   United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JF\HC.11\01890Young_dism-ifp.wpd                    2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DONNELL YOUNG,

        Petitioner,

  v.

CONTRA COSTA COUNTY, et al.,

        Respondents.
                                              /

Case Number: CV11-01890 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  7/21/11 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donnell E. Young CC08AJ235
Martinez Detention Facility B 38
901 Court Street
Martinez, CA 94553

Dated:  7/21/11

                                             Richard W. Wieking, Clerk